# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0023. TORRELL JONES v. THE STATE.**

Torrell Jones was convicted of possessing a controlled substance outside of its original container, trafficking in heroin, and possessing heroin with the intent to distribute, and we affirmed his convictions on appeal. *Jones v. State*, 339 Ga. App. 95 (791 SE2d 625) (2016). In May 2018, Jones filed a pro se motion seeking an order to allow him an out-of-time appeal. The trial court denied the motion, and Jones filed this direct appeal. We, however, lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (citation omitted). Because Jones already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen            , Clerk.*